UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA    :
:
v.    :    No. DKC-24-322
:
HENRY WHITTINGHAM    :
:
Defendant.    :

MOTION TO SEAL

**COMES NOW**, the Defendant, Henry Whittingham, by and through his attorneys, John M. Mckenna, and Brennan, McKenna & Lawlor, Chtd., and respectfully requests that his sentencing memorandum be filed under seal and in support thereof states the following:

1.    Mr. Whittingham's sentencing memorandum contains sensitive personal information about himself and third parties. Given the nature of the information contained in the sentencing memorandum, sealing is appropriate. For example, the memorandum discusses certain aspects of Mr. Whittingham's childhood and youth, including Mr. Whitingham's status as a survivor of abuse. The memorandum also discusses Mr. Whittingham's mental health and substance abuse history. The memorandum also contains private information about Mr. Whittingham's family members. In light the significant amount of sensitive personal information contained in the memorandum, Mr. Whittingham respectfully requests that the memorandum be accepted for filing under seal.

1

**WHEREFORE**, the Defendant respectfully requests that his sentencing memorandum be filed under seal.

Date: June 1, 2026                    Respectfully submitted,

                                              /s/

                                    _____

                                    John M. McKenna
                                    Brennan, McKenna & Lawlor, Chtd.
                                    6305 Ivy Lane, Suite 700
                                    Greenbelt, Maryland 20770
                                    301.474.0044
                                    jmckenna@brennanmckenna.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 1, 2026, a copy of the foregoing was sent via ECF to all parties.

                                              /s/

                                    _____

                                    John M. McKenna